UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TIMOTHY A. GUERRA,                 )
                                   )
            Plaintiff,             )
                                   )
        vs.                        )        No. 4:05-CV-2322 (CEJ)
                                   )
PUBLIC SAFETY CONCEPTS, et al.,    )
                                   )
            Defendants.            )

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed for failure to state a claim with respect to defendants Jeremiah J. Nixon, Larry Crawford, Clyde M. Frazier, Sara Huber, Wanda Kreitler, Allen D. Luebbers, Carlos C. Sampson, Patricia Smith, Dana Thompson, James LaBundy, and William R. Holcomb.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2007.